**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-4168**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellees,

versus

RICKY LYNN WHITESIDE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-99-61)

---

Submitted:  January 19, 2001          Decided:  February 8, 2001

---

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rickey G. Young, Martinsville, Virginia, for Appellant.  Robert P. Crouch, Jr., United States Attorney, Sharon Burnham, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Lynn Whiteside appeals his criminal conviction of being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1) (1994). Whiteside raises only one issue on appeal. He contends that the evidence at trial was insufficient to prove that he was in possession of the firearm in question. Our review of the record discloses that the jury's decision is based upon substantial evidence. <u>Glasser v. United States</u>, 315 U.S. 60, 80 (1942). Accordingly, we affirm the conviction. <u>See</u> <u>United States v. Whiteside</u>, No. CR-99-61 (W.D. Va. Feb. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>